PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA YVONNE COOPER, | ) | |
| | ) | CASE NO. 4:25CV1933 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FRANK BISIGNANO, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Amanda Yvonne Cooper's

applications for disability insurance benefits ("DIB") and supplemental security income ("SSI")

after a hearing in the above-captioned case. That decision became the final determination of the

Commissioner of Social Security when the Appeals Council denied the request to review the

ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the

Court referred the case to Magistrate Judge James E. Grimes Jr. for preparation of a report and

recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On March 19, 2026,

the magistrate judge submitted a Report (ECF No. 9) recommending that the Court affirm the

Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

filed within 14 days after service. Objections to the magistrate judge's Report were, therefore,

due on April 2, 2026. Neither party has filed objections, evidencing satisfaction with the

(4:25CV1933)

magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in favor of Defendant.

IT IS SO ORDERED.

<table>
<tr><td>    April 6, 2026    </td><td>    */s/ Benita Y. Pearson*    </td></tr>
<tr><td>Date</td><td>Benita Y. Pearson<br>United States District Judge</td></tr>
</table>

2